# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 11-7135-GW(PJWx) | Date | July 23, 2013 |
|---|---|---|---|
| Title | *Janice Tria, et al. v. Innovation Ventures, LLC, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | None Present | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):   COURT ORDER**

  For the reasons stated in the Court's Tentative Ruling on Defendant's Motion to Dismiss and Plaintiff's Motion for Class Certification (see Docket No. 167), the Court issues the following Order. (1) Defendant's Motion to Dismiss is granted in part and denied in part.  The Court finds that Plaintiff Tria lacks standing to maintain this lawsuit (either individually or as a class representative) as to the Defendant's Chase® product.  Hence, her claims as to that product are dismissed. (2) Plaintiff's Motion for Class Certification is denied.
  The Court sets a status conference for August 1, 2013 at 8:30 a.m.  Counsel may appear telephonically provided that notice is given to the clerk by July 30, 2013.

:

Initials of Preparer   JG