JS-6

1

2

3

4

5

6

7                    UNITED STATES DISTRICT COURT

8                   CENTRAL DISTRICT OF CALIFORNIA

9

10   JANICE TRIA, an individual; on         CASE NO.:  CV 11-07135-GW(PJWx)
11   behalf of herself and all others
     similarly situated, and DOES 1 through  Hon. George H. Wu
12   100, inclusive,
13                                           **ORDER DISMISSING ENTIRE**
               Plaintiffs,                   **ACTION WITH PREJUDICE**
14
15        vs.
16
     INNOVATION  VENTURES, LLC, a
17   Michigan Limited Liability Company;
     and DOES 1 through 100, inclusive,
18
19             Defendants.
20

21

22

23

24

25

26

27

- v1}

28

1    GOOD CAUSE APPEARING, Tria's motion for dismissal of the entire

2 action with prejudice is GRANTED, subject to the terms of the parties' settlement

3 agreement.  The Honorable George H. Wu retains jurisdiction to enforce the terms

4 of the parties' settlement agreement.

5

6 DATED:  February 11, 2014    _____

7                             Honorable George H. Wu
                            UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

- v1}

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28